**92-1253.** State v. Wood. *Greene County*, No. 91CA65. On motion for release and discharge. *Sua sponte*, cause remanded to court of appeals for an appropriate order.

HOLMES, J., dissents.

**92-1523.** Kelm v. Kelm. *Franklin County*, No. 91AP-1406. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's expedited motion for stay of trial court proceedings,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied.

WRIGHT and RESNICK, JJ., dissent.

## DISCIPLINARY DOCKET

**92-905.** Cuyahoga Cty. Bar Assn. v. Berger. On motion for stay. Stay denied.

**92-906.** Cuyahoga Cty. Bar Assn. v. Fertel. On motion for stay. Stay denied.

**92-1483.** In re Furtado. On request for extension of time. Request granted for thirty days. RESNICK, J., would grant the request for forty-five days.